LAW OFFICE OF KEN THERRIEN
413 NORTH SECOND STREET
YAKIMA, WA. 98901
(509) 457-5991

<u>Attorney for Defendant</u>
TERESA LEDESMA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TERESA LEDESMA,<br><br>                    Defendant. | NO. CR-12-6053-EFS-13<br><br>DECLARATION IN SUPPORT OF MOTION TO WITHDRAW |

KEN THERRIEN, under penalty of perjury of the laws of the State of Washington, states as follows:

I am the attorney for Teresa Ledesma the defendant herein. On December 7, 2012 Magistrate Judge James Hutton imposed conditions of release allowing Ms. Lesdema to remain out of custody during the pendency of her case. Ms. Lesdema was released from custody on cause number 12-1-6053-13 EFS after posting a ($10,000.00) Ten-Thousand Dollar percentage bond. It was anticipated that Immigration would

DECL. RE MOTION TO WITHDRAW
Page 1 of 3

KEN THERRIEN, PLLC
413 North Second Street
Yakima, Washington 98901
(509) 457-5991

require an additional bond to assure Ms. Ledesma's compliance with any immigration issues she had pending.

On December 12, 2012 an emergency hearing was held before Magistrate Judge James Hutton for the issuance of a stay preventing Immigration Authorities from deporting Ms. Ledesma and requesting her return to the Eastern District of Washington. At the hearing counsel had been advised by Magistrate Judge Hutton that Ms. Ledesma had already been deported to Mexico earlier that very same morning.

Since Ms. Ledesma is, at this time, no longer subject to the jurisdiction of this court counsel requests that he be allowed to withdraw from Ms. Ledesma's case and be excused from all further proceedings.

DATED this 19th day of December, 2012.

*s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Teresa Ledesma

DECL. RE MOTION TO WITHDRAW
Page 2 of 3

KEN THERRIEN, PLLC
413 North Second Street
Yakima, Washington 98901
(509) 457-5991

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on December 19, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- **STEPHANIE VAN MARTER**, Assistant United States Attorney

>    *s/ Ken Therrien*
> KEN THERRIEN, WSBA #20291
> Attorney for Teresa Ledesma
> 413 North Second Street
> Yakima, WA  98901
> (509) 457-5991
> Fax:  (509) 457-6197
> kentherrien@msn.com

DECL. RE MOTION TO WITHDRAW
Page 3 of 3

KEN THERRIEN, PLLC
413 North Second Street
Yakima, Washington 98901
(509) 457-5991